**ORDERED ACCORDINGLY.**



**Nasser U. Abujbarah (026182)**
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Road, Ste. 9
Scottsdale, Arizona 85257
Office: (480) 776-6846
Fax: (480) 776-6847
Email: Nasser@nualegal.com
*Attorney for Debtor*

**Dated: August 31, 2010**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:

Pearl B. Salinas and Cruz R. Salinas,

    Debtors.

) In Proceedings Under
)
) Ch. 13
)
) Case No.: 2:09-bk-27070-GBN
)
) **ORDER WITHDRAWING DOCUMENTS**
)
)
)
)

**IT IS ORDERED, ADJUDGED, AND DECREED** that docket numbers 59 and 60, Motions to Determine Secured Value of Property, are withdrawn from the docket in the above captioned Chapter 13 proceeding.

SIGNED AND DATED ABOVE

1